# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**GRACE EDWARDS AND**
**BRIAN W. EDWARDS**                                                                            **PLAINTIFFS**

**V.**                                            **CASE NO.  4:12CV00261 JMM**

**ADCARE HEALTH, INC.**                                                                         **DEFENDANT**

## ORDER

On September 4, 2012, the Court issued a Show Cause Order directing the Plaintiffs to show cause why their case should not be dismissed for failure to serve the Defendant in a timely manner. The Plaintiffs failed to respond to the Court's Order. Accordingly, Plaintiffs' complaint is dismissed without prejudice for failure to serve Defendant in a timely manner. All pending motions are dismissed as moot and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS 24th day of September, 2012.

James M. Moody
United States District Judge